# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1258, 25-1265        Short Title: The City of Boston v. OptumRx, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

OptumRx, Inc. _____ as the

[ ] appellant(s)            [✓] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Keith R. Blackwell          12/29/2025
Signature                        Date

Keith R. Blackwell
Name

Alston & Bird LLP               (404) 881-7000
Firm Name (if applicable)        Telephone Number

1201 West Peachtree St., Suite 4900     (404) 881-7777
Address                                  Fax Number

Atlanta, GA 30309               keith.blackwell@alston.com
City, State, Zip Code            Email (required)

Court of Appeals Bar Number: 1221361

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).